THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM M. POLLACK, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 16 CV 3642 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Rowland |
| TLC MEDICAL, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Dr. William M. Pollack and Defendant TLC Medical, Inc. have resolved this matter on an individual basis. The parties have executed the settlement documents and anticipate filing a stipulation of dismissal within the next 60 days.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Emily J. Fitzgerald |
| Daniel A. Edelman | Joseph P. Kincaid |
| Heather Kolbus | Emily J. Fitzgerald |
| EDELMAN, COMBS, LATTURNER | SWANSON, MARTIN |
|     & GOODWIN, LLC |     & BELL, LLP |
| 20 S. Clark Street, Suite 1500 | 330 North Wabash Ave., Ste. 3300 |
| Chicago, IL 60603 | Chicago, IL 60611 |
| (312) 739-4200 | (312) 321-9100 |